UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael J Jones Jr

Write the full name of each plaintiff.

No. 18CV443

(To be filled out by Clerk's Office)

-against-

Judge Farber
and
the City of New york

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

---

Rev. 5/6/16

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Michael       J       Jones
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

349 - 17- 02439

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

09.09  HAZEN Street  G.R.V.C

Current Place of Detention

09.09  HAZEN St

Institutional Address

East Elmhurst        New york        11370
County, City         State           Zip Code

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☐ Other: _____

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

First Name: _____   Last Name: FARBER   Shield #: _____

Current Job Title (or other identifying information): Judge

Current Work Address: Supreme Court  111 centre street

County, City: New York   State: NY   Zip Code: 10013

Defendant 2:

First Name: _____   Last Name: _____   Shield #: _____

Current Job Title (or other identifying information): _____

Current Work Address: _____

County, City: _____   State: _____   Zip Code: _____

Defendant 3:

First Name: _____   Last Name: _____   Shield #: _____

Current Job Title (or other identifying information): _____

Current Work Address: _____

County, City: _____   State: _____   Zip Code: _____

Defendant 4:

First Name: _____   Last Name: _____   Shield #: _____

Current Job Title (or other identifying information): _____

Current Work Address: _____

County, City: _____   State: _____   Zip Code: _____

## V. STATEMENT OF CLAIM

Place(s) of occurrence: _IN the court room_

Date(s) of occurrence: _March 2017 - November 2017_

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

Each time I requested Protective custody I was denied and for some reason when I get back to my facility I get assaulted by Inmates and correction officer's. Also Each time I requested the minutes from March 21 2017 he say on the minutes he will order them for me and I never get my minutes. Now I want all my minutes. Also he told me I could not fire my lawyer and he said the lawyer I have representing me will not be replaced at all. By denying me to fire and replace my lawyer who I believe is not on this case to help my best ~~interest~~ intrest I'm being ~~deny~~ denied the oppertunity to a fair chance at ~~teact~~ trial this violates my constitutional rights.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Being denied protective custody I've been assaulted by correction officers and inmates.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

I would like to be paid a total of 20 million dollars and also to be afforded a new criminal lawyer and have my case moved from Judge Farber's court room and placed in mental health court

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated: 1-11-18 | Plaintiff's Signature: Michael Jones |

First Name: Michael   Middle Initial: J   Last Name: Jones

Prison Address: 09-09 Hazen St

County, City: East Elmhurst   State: NY   Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: 1-11-18

[Envelope image]

Return address (handwritten, partially visible):
```
  Jones
  02439
 HAZEN St
lmhurst  NY
70
```

Clerk's office stamp:
```
2018 JAN 17 AM 9:31
CLERK'S OFFICE
   S.D.N.Y.
```

Addressed to:
```
SDNY
Pro Se
   SM
United States Courthouse
500 Pearl Street
New York, N.Y. 10007
```

`10007-131699`